UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **FIXTURE SPECIALISTS, INC.,** | : | |
| | : | **Civil Action No. 07-5614 (FLW)** |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **GLOBAL CONSTRUCTION COMPANY, L.L.C., LIBERTY MUTUAL INSURANCE COMPANY,** | : | |
| | : | **O R D E R** |
| Defendants. | : | |

This matter having come before the Court upon Motion by Plaintiff Fixture Specialists, Inc. ("Plaintiffs") to Compel a response to interrogatories as well as admissions and production of documents pursuant to Fed. R. Civ. P. 37(a) [dkt. entry no. 29], returnable July 7, 2008; and Defendants Global Construction Company, L.L.C. and Liberty Mutual Insurance Company ("Defendants") having filed opposition on June 23, 2008 stating that Plaintiff's failed to comply with L. Civ. R. 37(a)(1); and the Court having discussed the issue with the parties in an unrecorded conference call on June 25, 2008; and the Court finding that it is unnecessary to decide whether there was a "meet and confer" between the parties as required by L. Civ. R. 37(a)(1) because Defendants agreed that they must provide Plaintiff with the discovery it requested; and the Court having reviewed the parties' submissions; and good cause having been shown;

**IT IS** on this **25th** day of June, 2008;

**ORDERED** that Defendants produce all outstanding written discovery, respond to all interrogatories and admissions, and produce or object to all documents requested by **July 15, 2008**; and it is

      **FURTHER ORDERED** that Plaintiff's Motion to Compel [dkt. entry no. 29] is

**DISMISSED AS MOOT**.

                                            s/ *John J. Hughes*
                                          **JOHN J. HUGHES**
                                          **UNITED STATES MAGISTRATE JUDGE**